UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF Holdings LLC,

                Plaintiff(s),

v.                                        Case No. 4:12–cv–14443–GAD–LJM
                                        Hon. Gershwin A. Drain

Michael Murray,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

- MOTION HEARING:  February 26, 2013 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/T Bankston
                                                        Case Manager

Dated:  January 17, 2013