UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS, LLC,

    Plaintiff,

                              Case No. 12-cv-14443
                              Honorable Gershwin A. Drain

v.

MICHAEL MURRAY,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT[#11] AND DISMISSING ACTION**

On February 26, 2013, the Court held oral argument on Plaintiff's Motion for Default Judgment, filed on January 23, 2013. Defendant failed to appear at the Court's February 23, 2013 hearing, nor has Defendant appeared or otherwise defended in this action since its commencement on October 7, 2012. Thus, Plaintiff filed a Request for Clerk's Entry of Default and the Clerk entered default on December 3, 2012. *See* Dkt. No. 6.

For the reasons stated on the record at the February 26, 2013 hearing, Plaintiff's Motion for Default Judgment [#11] is GRANTED.

Default judgment is hereby entered in favor of Plaintiff, and against Defendant in the amount of 4,350.88, representing 3,250.00 in damages and $1,100.88 in attorney fees and costs. Additionally, Defendant is permanently enjoined from infringing Plaintiff's copyright ownership rights in the motion picture "Sexual Obsession."

This cause of action is dismissed.

SO ORDERED.

Dated: February 27,2013                               /s/Gershwin A Drain
                                                                   GERSHWIN A. DRAIN
                                                                   United States District Judge