UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS, LLC,

    Plaintiff,

Case No. 12-cv-14443
Honorable Gershwin A. Drain

v.

MICHAEL MURRAY,

    Defendant.
_____/

## JUDGMENT

It is ordered and adjudged that pursuant to this Court's Order dated February 27, 2013, judgment is hereby entered in favor of plaintiff, and against defendant in the amount of 4,350.88.

Dated at Detroit, Michigan this 27th day of February, 2013.

DAVID J. WEAVER
CLERK OF THE COURT

BY: Tanya R Bankston